FILED
CLERK, U.S. DISTRICT COURT

JUN 28 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. M 13-1799 |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | 18 U.S.C. § 3143(a) |
| ) | Allegations of Violations of |
| Jorge Guzman ) | Probation/Supervised Release |
| ) | Conditions) |
| Defendant. ) | |

On arrest warrant issued by the United States District Court for the _____SDCA_____ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. (✓) the safety of any person or the community.

///
///
///
///
///
///

```
 1        2.   The Court concludes:
 2             A.   (✓) Defendant has failed to demonstrate by clear and
 3                      convincing evidence that he is not likely to pose
 4                      a risk to the safety of any other persons or the
 5                      community.  Defendant poses a risk to the safety
 6                      of other persons or the community based on:
 7                      _____
 8                      _____
 9                      _____
10                      _____
11                      _____
12             B.   ( ) Defendant has failed to demonstrate by clear and
13                      convincing evidence that he is not likely to flee
14                      if released.  Defendant poses a flight risk based
15                      on: _____
16                      _____
17                      _____
18                      _____
19                      _____
20
21        IT IS ORDERED that defendant be detained.
22
23   DATED:   6/28/13
24
25                                    _____
                                      HONORABLE JACQUELINE CHOOLJIAN
26                                    United States Magistrate Judge
27
28
```